**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JULIUS D. BEN, JR.,**

      **Plaintiff,**

**v.**                                                                  **Case No. 3:25-cv-1507-AW-ZCB**

**ESCAMBIA COUNTY CORRECTIONS,
et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with a court order and has not objected to the magistrate judge's report and recommendation (ECF No. 17), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on April 6, 2026.

s/ *Allen Winsor*
Chief United States District Judge